150 A.3d 409

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
JOHNEL D. DUNLAP, DEFENDANT-PETITIONER.

July 11, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–4298/5606–12 and A–329–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.